IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES A. LEDBETTER, #159226, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 2:20-CV-276-RAH-SMD ) |
| NURSE PETTAWAY, et al., | ) ) |
| Defendants. | ) ) |

**ORDER**

This case is before the Court on a Recommendation of the Magistrate Judge entered on August 14, 2023. (Doc. 55.) There being no timely objections filed to the Recommendation, and after an independent review of the file, the Recommendation is ADOPTED, and it is hereby ORDERED that:

1. Defendants' Special Reports (Docs. 13, 18), which the Court construes as motions for summary judgment, are GRANTED;

2. Judgment is ENTERED in favor of Defendants; and

3. This case is DISMISSED with prejudice.

Final Judgment will be entered separately.

DONE, on this the 11th day of September 2023.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE